Form dbtrclm (07/2013)

## UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re:<br><br>Dain Ray Tracy<br><br>Debtor(s). | Case Number: 17–42856–BDL<br>Chapter: 13 |

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **Pierce County District Court**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: <u>October 22, 2020</u>

Mark L. Hatcher
Clerk of the Bankruptcy Court